AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Mr. Bernard Goodwin, )<br>*Plaintiff* )<br>v. )<br>Travis Esterline; Corey Beckett, )<br>Both (individual capacity), )<br>*Defendants* ) | Civil Action No.    0:13-cv-03132-JFA |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Mr. Bernard Goodwin, shall take nothing of the defendants, Travis Esterline and Corey Beckett, as to the complaint filed pursuant to 42 U.S.C. §1983 and this action is dismissed with prejudice for lack of prosecution.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding.  The Court having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, dismissed the case with prejudice.

Date:  September 3, 2014                                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                        s/G. Mills

                                                                                      *Signature of Clerk or Deputy Clerk*